UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RALPH SVEC,                                              CIVIL NO. 06-3234 (JNE/JSM)

      Plaintiff,

v.                                                                    ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.


The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 16, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1.     Plaintiff's Motion for Summary Judgment [Docket No. 5] is **DENIED**; and

2.     Defendant's Motion for Summary Judgment [Docket No. 8] is **GRANTED**.


Dated: September 6, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court Judge